1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NATHEN DWAYNE BAKER,

                    Plaintiff,

          v.

COMMISSIONER OF SOCIAL SECURITY,

                    Defendant.

Case No. C22-1851 RSM

**ORDER TO SHOW CAUSE
REGARDING FILING
DEFICIENCIES**

Plaintiff, proceeding *pro se*, filed a complaint for Social Security Disability Benefits on December 27, 2022.  Dkt. 1.  On December 30, 2022, the Clerk's Office sent Plaintiff a letter informing him that his complaint had the following deficiencies: (1) Plaintiff had not paid the required filing fee of $402.00 or submitted an application to proceed *in forma pauperis* (IFP), and (2) Plaintiff had not included a Civil Cover Sheet along with his complaint, as required under Local Civil Rule 3(a).  Dkt. 2.  The Clerk's Office included in its letter to Plaintiff an IFP form and a Civil Cover Sheet.  *Id.*  The Clerk's Office also advised Plaintiff that the filing fee must be paid or an IFP form must be submitted by January 30, 2023, and that the Civil Cover Sheet must be completed and returned to the Clerk's Office as soon as possible.  *Id.*  To date, Plaintiff has not paid the filing fee or submitted an IFP form, or returned a completed Civil Cover Sheet.

///

///

ORDER TO SHOW CAUSE REGARDING
FILING DEFICIENCIES - 1

1    Accordingly, the Court hereby ORDERS Plaintiff to cure the deficiencies discussed

2 above by no later than February 27, 2023.  Failure to do so by this date may result in the

3 dismissal of this case.  The Clerk is directed to send Plaintiff a new IFP form and Civil Cover

4 Sheet.

5    DATED this 13th day of February, 2023.

6

7

8                                                    Ricardo S. Martinez
                                                     United States District Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER TO SHOW CAUSE REGARDING
FILING DEFICIENCIES - 2