UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NATHEN DWAYNE BAKER,

               Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

               Defendant.

Case No. C22-1851 RSM

**ORDER DISMISSING CASE**

On December 27, 2022, Plaintiff, proceeding *pro se*, filed a complaint for Social Security Disability Benefits. Dkt. 1. On December 30, 2022, the Clerk's Office sent Plaintiff a letter informing him that his complaint had the following deficiencies: (1) Plaintiff had not paid the required filing fee of $402.00 or submitted an application to proceed *in forma pauperis* (IFP), and (2) Plaintiff had not included a Civil Cover Sheet along with his complaint, as required under Local Civil Rule 3(a). Dkt. 2. The Clerk's Office included in its letter to Plaintiff an IFP form and a Civil Cover Sheet. *Id.* The Clerk's Office also advised Plaintiff that the filing fee must be paid or an IFP form must be submitted by January 30, 2023, and that the Civil Cover Sheet must be completed and returned to the Clerk's Office as soon as possible. *Id.*

On February 13, 2023, the Court, in view of Plaintiff's *pro se* status, granted Plaintiff until February 27, 2023 to cure the deficiencies of his complaint, and advised that Plaintiff's failure to do so may result in the dismissal of this case. Dkt. 13.

To date, Plaintiff has not paid the filing fee or submitted an IFP form, or completed the

ORDER DISMISSING CASE - 1

Civil Cover Sheet.  Accordingly, the Court ORDERS this case is DISMISSED with prejudice and Defendant's motion to extend time to file an answer to Plaintiff's complaint (Dkt. 9) is terminated as moot.

The Clerk is directed to provide a copy of this Order to Plaintiff.

DATED this 28th day of February, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER DISMISSING CASE - 2